Edison **WARD** et al., Appellants,

v.

**UNITED STATES** of America.

No. 15626.

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1956.

John C. Farrar, Rapid City, S. D., for appellants.

Clinton G. Richards, U. S. Atty., and Lyle E. Cheever, Asst. U. S. Atty., Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

**Fred ROTH**, Appellant,

v.

**UNITED STATES** of America.

No. 15627.

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1956.

John C. Farrar, Rapid City, S. D., for appellant.

Clinton G. Richards, U. S. Atty., and Lyle E. Cheever, Asst. U. S. Atty., Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.